The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## THOMAS v. STATE.
No. 13924.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful manufacture of liquor capable of producing intoxication; penalty, one year in the penitentiary.

The record here is without any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## Perry THOMAS, Appellant, v. STATE, Appellee.
No. 13925.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

Appellant pleaded guilty. The record contains neither statement of facts nor bills of exception. The indictment, the charge of the court, the judgment, and sentence are regular. No error appearing, the judgment will be affirmed.

## Perry THOMAS, Appellant, v. STATE, Appellee.
No. 13926.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing equipment for the manufacture of intoxicating liquor; punishment, one year in the penitentiary.

Appellant pleaded guilty to making whisky. The record contains neither statement of facts nor bills of exception. The indictment, the charge of the court, the judgment, and sentence are regular. No error appearing, the judgment will be affirmed.

## THOMAS v. STATE.
No. 13927.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## THOMAS v. STATE.
### No. 13928.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MARTIN, J.

Offense, the unlawful possession of equipment for manufacturing liquor capable of producing intoxication; penalty, one year in the penitentiary.

This record is here without any statement of facts or bill of exception. Nothing is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## THOMAS v. STATE.
### No. 13929.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## POTEET et al. v. STATE.
### No. 13725.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Jno. T. Spann, of Crystal City, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.